**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Starks FINCHER, Jr., Defendant–Appellant.**

No. 12–8161.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 11, 2013.

Decided: March 19, 2013.

Starks Fincher, Jr., Appellant Pro Se. Alan Lance Crick, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starks Fincher, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fincher*, No. 7:08–cr–01219–GRA–1 (D.S.C. June 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*